IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM W. ATKINSON, ) <br> ) <br> Defendant. ) | 4:03CR3058 <br><br> MEMORANDUM AND ORDER |

After conferring with the defendant, the court finds the defendant does not pose a risk of flight or harm if he is released. Accordingly,

IT IS ORDERED that the defendant is released pending the hearing for revocation of his supervised release, but he shall comply with all terms and conditions of his supervised release which were imposed at sentencing, and the following additional conditions:

   a.  The defendant shall promptly contact probation regarding any changes in employment;

   b.  The defendant shall promptly explore affordable options for treatment, and shall fully participate in an intensive outpatient substance abuse treatment program as soon as he is financially able to do so.

   c.  Upon entry into an intensive outpatient substance abuse treatment program, the defendant shall fully comply with the requirements and rules of his treatment plan.

   d.  Until such time as the defendant is able to afford intensive outpatient treatment, the defendant shall participate in Alcoholics Anonymous and/or Narcotics Anonymous meetings at least twice a week.

DATED this 20th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge