IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>Plaintiff,  )<br> )<br>v.  )<br> )<br>WILLIAM ATKINSON,  )<br> )<br>Defendant.  ) | Case No.  4:03CR3058 |

### ORDER

THIS MATTER comes before the Court on Defendant's Unopposed Motion to Continue Revocation Hearing, filing 55, now set for January 18, 2012, at 1:00 p.m.  The Court, being fully advised in the premises, and noting the Government and the Probation Office have no objection, finds that said motion should be granted.

IT IS THEREFORE ORDERED that the revocation hearing scheduled in this case shall be continued until the 20th day of March, 2012, at 12:30 p.m.  The Defendant is ordered to appear at such time.

Dated this 17th day of January, 2012.

BY THE COURT:

*Richard G. Kopf*

The Honorable Richard G. Kopf
Senior United States District Judge